UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

MICHAEL KEHOE,
MOHAMAD NAWAFLEH, and
OMAR ALRAWASHDEH,

Defendants.

JUDGE RAKOFF

SEALED INDICTMENT

25 Cr.

25 CRIM 178

## COUNT ONE
### (Conspiracy to Steal Government Funds and Misappropriate USDA Benefits)

The Grand Jury charges:

1.  From at least in or about June 2019 through at least in or about July 2024, in the Southern District of New York and elsewhere, MICHAEL KEHOE, MOHAMAD NAWAFLEH, and OMAR ALRAWASHDEH, the defendants, and others known and unknown, willfully and knowingly combined, conspired, confederated, and agreed together and with each other to commit offenses against the United States, to wit, theft of government funds, in violation of Title 18, United States Code, Section 641, and misappropriation of United States Department of Agriculture ("USDA") benefits, in violation of Title 7, United States Code, Section 2024(b).

2.  It was a part and an object of the conspiracy that MICHAEL KEHOE, MOHAMAD NAWAFLEH, and OMAR ALRAWASHDEH, the defendants, and others known and unknown, would and did embezzle, steal, purloin, and knowingly convert to their use and the use of another, and without authority sell, convey, and dispose of a record, voucher, money, and thing of value of the United States and a department and agency thereof, to wit, the USDA, which exceeded the sum of $1,000, and receive, conceal, and retain the same with intent to convert it to their use and gain,

knowing it to have been embezzled, stolen, purloined, and converted, in violation of Title 18, United States Code, Section 641.

3.  It was further a part and an object of the conspiracy that MICHAEL KEHOE, MOHAMAD NAWAFLEH, and OMAR ALRAWASHDEH, the defendants, and others known and unknown, knowingly would and did use, transfer, acquire, alter, and possess benefits in a manner contrary to Chapter 51 of Title 7 of the United States Code, and the regulations issued pursuant thereto, which exceeded the sum of $5,000, in violation of Title 7, United States Code, Section 2024(b).

Overt Acts

4.  In furtherance of the conspiracy, and to effect the illegal objects thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

    a.  In or about September 2023, MOHAMAD NAWAFLEH, the defendant, knowingly sold an illegal Electronic Benefits Transfer ("EBT") terminal to a retail store located in the Bronx, New York, that was not authorized to accept Supplemental Nutrition Assistance Program ("SNAP") benefits, for approximately $17,000 in cash.

    b.  In or about September 2023, MICHAEL KEHOE, the defendant, knowingly submitted a fraudulent application for an EBT terminal on behalf of a retail store located in the Bronx, New York, using a Food and Nutrition Service ("FNS") Number, which was registered to and licensed for a different retail store located in Brooklyn, New York.

    c.  From at least in or about June 2023 through at least in or about September 2023, KEHOE knowingly used the same FNS Number to submit fraudulent EBT terminal applications for approximately eight different retail stores, located in Manhattan, Brooklyn, and

2

the Bronx, that were not authorized to accept SNAP benefits.

        d.    In or about November 2023, OMAR ALRAWASHDEH, the defendant, knowingly provided a falsified FNS license to KEHOE for the purpose of submitting fraudulent applications for EBT terminals.

        e.    In or about November 2023, KEHOE, with the assistance of ALRAWASHDEH, knowingly submitted a fraudulent application for an EBT terminal for a retail store located in the Bronx, New York, using an FNS Number which was associated with a different retail store.

(Title 18, United States Code, Section 371.)

## COUNT TWO
### (Theft of Government Funds)

The Grand Jury further charges:

5.    From at least in or about June 2019 through at least in or about July 2024, in the Southern District of New York and elsewhere, MICHAEL KEHOE, MOHAMAD NAWAFLEH, and OMAR ALRAWASHDEH, the defendants, embezzled, stole, purloined, and knowingly converted to their use and the use of another, and without authority sold, conveyed, and disposed of a record, voucher, money, and thing of value of the United States and a department and agency thereof, to wit, the USDA, which exceeded the sum of $1,000, and received, concealed, and retained the same with intent to convert it to their use and gain, knowing it to have been embezzled, stolen, purloined, and converted, to wit, the defendants provided, and aided and abetted the provision of, SNAP funds to retail stores that were not authorized or permitted to receive SNAP funds.

(Title 18, United States Code, Sections 641 and 2.)

3

## COUNT THREE
### (Misappropriation of USDA Benefits)

The Grand Jury further charges:

6. From at least in or about June 2019 through at least in or about July 2024, in the Southern District of New York and elsewhere, MICHAEL KEHOE, MOHAMAD NAWAFLEH, and OMAR ALRAWASHDEH, the defendants, knowingly used, transferred, acquired, altered, and possessed benefits in a manner contrary to Chapter 51 of Title 7 of the United States Code, and the regulations issued pursuant thereto, which exceeded the sum of $5,000, to wit, the defendants fraudulently provided and obtained, and aided and abetted the provision and obtaining of, SNAP benefits funded by the USDA, for use by retail stores that were not authorized to use or obtain SNAP funds.

(Title 7, United States Code, Section 2024(b); Title 18, United States Code, Section 2.)

## FORFEITURE ALLEGATIONS

7. As a result of committing the offense alleged in Count One of this Indictment, MICHAEL KEHOE, MOHAMAD NAWAFLEH, and OMAR ALRAWASHDEH, the defendants, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense, and the following specific property:

    a. All monies, assets, and funds contained in TD Bank, N.A. account number 6808368848, held in the name of MICHAEL KEHOE, and seized by the Government on or about October 4, 2024.

8. Also as a result of committing the offense alleged in Count One of this Indictment,

MICHAEL KEHOE, MOHAMAD NAWAFLEH, and OMAR ALRAWASHDEH, the defendants, shall forfeit to the United States, pursuant to Title 7, United States Code, Section 2024(f), Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any and all property, real and personal, used in a transaction or attempted transaction, to commit, or to facilitate the commission of, unauthorized use, transfer, acquisition, alteration, or possession of benefits; or presentation for payment or redemption of benefits that have been illegally received, transferred, or used; or proceeds traceable to such violations; including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense, and the following specific property:

    a.    All monies, assets, and funds contained in TD Bank, N.A. account number 6808368848, held in the name of MICHAEL KEHOE, and seized by the Government on or about October 4, 2024.

9.    As a result of committing the offense alleged in Count Two of this Indictment, MICHAEL KEHOE, MOHAMAD NAWAFLEH, and OMAR ALRAWASHDEH, the defendants, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense, and the following specific property:

    a.    All monies, assets, and funds contained in TD Bank, N.A. account number 6808368848, held in the name of MICHAEL KEHOE, and seized by the Government on or about October 4, 2024.

10.    As a result of committing the offense alleged in Count Three of this Indictment,

MICHAEL KEHOE, MOHAMAD NAWAFLEH, and OMAR ALRAWASHDEH, the defendants, shall forfeit to the United States, pursuant to Title 7, United States Code, Section 2024(f), Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any and all property, real and personal, used in a transaction or attempted transaction, to commit, or to facilitate the commission of, unauthorized use, transfer, acquisition, alteration, or possession of benefits; or presentation for payment or redemption of benefits that have been illegally received, transferred, or used; or proceeds traceable to such violations; including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense, and the following specific property:

    a.    All monies, assets, and funds contained in TD Bank, N.A. account number 6808368848, held in the name of MICHAEL KEHOE, and seized by the Government on or about October 4, 2024.

### Substitute Assets Provision

11.    If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third person;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property.

(Title 7, United States Code, Section 2024(f);
Title 18, United States Code, Section 981;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

_____  
FOREPERSON

_____  
MATTHEW PODOLSKY  
Acting United States Attorney