# FOLEYGRIFFIN

## Attorneys at Law

666 Old Country Road, Suite 305
Garden City, New York 11530
Phone: 516 741-1110
www.foleygriffin.com

Thomas J. Foley
Brian J. Griffin

Kelly A. Guthy
Chris McDonough, Special Counsel

March 5, 2026

United States District Court
For the Southern District of New York
Attn: The Honorable Jed S. Rakoff
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

> **Re:     United States v. Michael Kehoe**
> **Case No.: 1:25-cr-178-001**

Dear Judge Rakoff:

We represent Michael Kehoe in the above-captioned matter. We respectfully submit this letter motion requesting limited redactions to the transcript of the sentencing hearing held on January 6, 2026.

The transcript contains detailed references to Mr. Kehoe's medical history, diagnoses, and treatment information. Specifically, the proposed redactions are limited to confidential medical information. The remainder of the sentencing transcript will remain publicly accessible. We have spoken with AUSA Joseph Zabel and AUSA Georgia Kostopoulous who consent to same.

Should the Court have any questions or concerns, please do not hesitate to contact the undersigned.

SO ORDERED

*Jed S. Rakoff*
USDJ

3-19-25

Very Truly Yours,

Brian J. Griffin, Esq.

cc: AUSA Joe Zabel (via ECF)
    AUSA Georgia Kostopoulos (via ECF)